JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS VILLEGAS, LUCIO VILLEGAS, KARLA JINEZ, JAN BREIDENBACH, and DAN STORMER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, CHIEF OF POLICE MICHEL MOORE, OFFICERS JOSE DIAZ, MIGUEL DIAZ, RAUL RAMIREZ, KEVIN WONG, DANIEL SANCHEZ and VICTOR FIGUEROA, and Does 7-10,<br><br>Defendants. | Case No. 2:20-cv-07469-SB (JCx)<br><br>**JUDGMENT** |

    This action came on regularly for trial on July 19, 2021, in Courtroom "6C" of the United States District Court, Central District of California, Central Division, the Honorable Stanley Blumenfeld, Jr., Judge Presiding. The Plaintiffs JESUS VILLEGAS, LUCIO VILLEGAS, KARLA JINEZ, JAN BREIDENBACH and DAN STORMER, were represented by attorneys John Burton and Shaleen Shanbhag. The Defendants, CITY OF LOS ANGELES, JOSE DIAZ, MIGUEL DIAZ, KEVIN

1

WONG and VICTOR FIGUEROA were present and represented by attorneys Colleen R. Smith and Cory M. Brente.

A jury of eight (8) persons was regularly impaneled and sworn on July 19, 2021. Witnesses were sworn and testified. On July 22, 2021, following the presentation of evidence and argument during a jury trial, the jury, in the above-entitled action, UNANIMOUSLY found as follows:

## JUDGMENT ON SPECIAL VERDICT

WE, THE JURY in the above-entitled action, unanimously find as follows on the questions submitted to us:

### FOURTH AMENDMENT CLAIMS AGAINST THE INDIVIDUAL DEFENDANT OFFICERS

**QUESTION NO. 1**: Have Plaintiffs proved by a preponderance of the evidence that any of the Defendant Officers violated any of the following Plaintiffs' Fourth Amendment Rights by unreasonably searching their residence?

*As to Plaintiff JESUS VILLEGAS:*

| | | |
|---|---|---|
| JOSE DIAZ | YES _____ | NO __**X**__ |
| MIGUEL DIAZ | YES _____ | NO __**X**__ |
| KEVIN WONG | YES _____ | NO __**X**__ |
| VICTOR FIGUEROA | YES _____ | NO __**X**__ |

*As to Plaintiff LUCIO VILLEGAS:*

| | | |
|---|---|---|
| JOSE DIAZ | YES _____ | NO __**X**__ |
| MIGUEL DIAZ | YES _____ | NO __**X**__ |
| KEVIN WONG | YES _____ | NO __**X**__ |
| VICTOR FIGUEROA | YES _____ | NO __**X**__ |

*As to Plaintiff KARLA JINEZ:*

| | | |
|---|---|---|
| JOSE DIAZ | YES _____ | NO __**X**__ |
| MIGUEL DIAZ | YES _____ | NO __**X**__ |
| KEVIN WONG | YES _____ | NO __**X**__ |
| VICTOR FIGUEROA | YES _____ | NO __**X**__ |

*As to Plaintiff JAN BREIDENBACH:*

| | | |
|---|---|---|
| JOSE DIAZ | YES _____ | NO __**X**__ |
| MIGUEL DIAZ | YES _____ | NO __**X**__ |
| KEVIN WONG | YES _____ | NO __**X**__ |
| VICTOR FIGUEROA | YES _____ | NO __**X**__ |

*As to Plaintiff DAN STORMER:*

| | | |
|---|---|---|
| JOSE DIAZ | YES _____ | NO __**X**__ |
| MIGUEL DIAZ | YES _____ | NO __**X**__ |
| KEVIN WONG | YES _____ | NO __**X**__ |
| VICTOR FIGUEROA | YES _____ | NO __**X**__ |

*Please proceed to Question No. 2.*

**QUESTION NO. 2**: Have Plaintiffs proved by a preponderance of the evidence that any of the Defendant Officers violated any of the following Plaintiffs' Fourth Amendment Rights to be free from unreasonable seizure by unlawfully pointing their weapons at that Plaintiff?

*As to Plaintiff JESUS VILLEGAS:*

| | | |
|---|---|---|
| JOSE DIAZ | YES _____ | NO __**X**__ |
| MIGUEL DIAZ | YES _____ | NO __**X**__ |

3

| | | |
|---|---|---|
| KEVIN WONG | YES _____ | NO __**X**__ |
| VICTOR FIGUEROA | YES _____ | NO __**X**__ |

*As to Plaintiff LUCIO VILLEGAS:*

| | | |
|---|---|---|
| JOSE DIAZ | YES _____ | NO __**X**__ |
| MIGUEL DIAZ | YES _____ | NO __**X**__ |
| KEVIN WONG | YES _____ | NO __**X**__ |
| VICTOR FIGUEROA | YES _____ | NO __**X**__ |

*As to Plaintiff KARLA JINEZ:*

| | | |
|---|---|---|
| JOSE DIAZ | YES _____ | NO __**X**__ |
| MIGUEL DIAZ | YES _____ | NO __**X**__ |
| KEVIN WONG | YES _____ | NO __**X**__ |
| VICTOR FIGUEROA | YES _____ | NO __**X**__ |

*As to Plaintiff JAN BREIDENBACH:*

| | | |
|---|---|---|
| JOSE DIAZ | YES _____ | NO __**X**__ |
| MIGUEL DIAZ | YES _____ | NO __**X**__ |
| KEVIN WONG | YES _____ | NO __**X**__ |
| VICTOR FIGUEROA | YES _____ | NO __**X**__ |

*As to Plaintiff DAN STORMER:*

| | | |
|---|---|---|
| JOSE DIAZ | YES _____ | NO __**X**__ |
| MIGUEL DIAZ | YES _____ | NO __**X**__ |
| KEVIN WONG | YES _____ | NO __**X**__ |
| VICTOR FIGUEROA | YES _____ | NO __**X**__ |

*Please proceed to Question No. 3.*

# FEDERAL CLAIMS AGAINST THE CITY OF LOS ANGELES

**QUESTION NO. 3**: Have Plaintiffs proved by a preponderance of the evidence that any of the Defendant Officers acted pursuant to an expressly adopted official policy or widespread or longstanding practice or custom of the City of Los Angeles?

YES __**X**__          NO _____

*If you answered "No", please proceed to Question No. 5.*
*If you answered "Yes", please proceed to Question No. 4.*

**QUESTION NO. 4**: Have Plaintiffs proved by a preponderance of the evidence that the official policy or widespread or longstanding practice or custom caused the deprivation of Plaintiffs' rights by the Defendant Officers; that is, was the policy, practice, or custom so closely related to the deprivation as to be the moving force that caused the ultimate injury?

YES _____          NO __**X**__

*Please proceed to the next question.*

**QUESTION NO. 5**: Did the failure of the City of Los Angeles to prevent violations of law by providing its police officers inadequate training cause the deprivation of any Plaintiffs' constitutional rights; that is, did the failure to train play a substantial part in bringing about the injury?

YES _____          NO __**X**__

*If you answered "No", please proceed to Question No. 7.*

*If you answered "Yes", please proceed to Question No. 6.*

**QUESTION NO. 6**:   Have the Plaintiffs proved by a preponderance of the evidence that the City of Los Angeles was deliberately indifferent to the substantial risk that its training of police officers was inadequate to prevent violations of law?

        YES _____      NO \_\_\_**X**\_\_\_\_\_

*Please proceed to Question No. 7 if you have answered "Yes" to either Question No.1 or Question No. 2.*

*If you answered "No" to both Question No. 1 and Question No. 2, but "Yes" to either Question No. 4 or Question No. 6,  please proceed to Question No. 10.*

*If you answered "No" to all of the above questions, please sign and date the form.*

### CALIFORNIA CIVIL RIGHTS CLAIM

**QUESTION NO. 7**:  Have Plaintiffs proved by a preponderance of the evidence that any of the Defendant Officers interfered or attempted to interfere by threats, intimidation, or coercion with the exercise or enjoyment of constitutional rights by any of the following Plaintiffs?

*As to Plaintiff JESUS VILLEGAS:*

| | | |
|---|---|---|
| JOSE DIAZ | YES _____ | NO _____ |
| MIGUEL DIAZ | YES _____ | NO _____ |
| KEVIN WONG | YES _____ | NO _____ |

6

| | | |
|---|---|---|
| VICTOR FIGUEROA | YES _____ | NO _____ |

*As to Plaintiff LUCIO VILLEGAS:*

| | | |
|---|---|---|
| JOSE DIAZ | YES _____ | NO _____ |
| MIGUEL DIAZ | YES _____ | NO _____ |
| KEVIN WONG | YES _____ | NO _____ |
| VICTOR FIGUEROA | YES _____ | NO _____ |

*As to Plaintiff KARLA JINEZ:*

| | | |
|---|---|---|
| JOSE DIAZ | YES _____ | NO _____ |
| MIGUEL DIAZ | YES _____ | NO _____ |
| KEVIN WONG | YES _____ | NO _____ |
| VICTOR FIGUEROA | YES _____ | NO _____ |

*As to Plaintiff JAN BREIDENBACH:*

| | | |
|---|---|---|
| JOSE DIAZ | YES _____ | NO _____ |
| MIGUEL DIAZ | YES _____ | NO _____ |
| KEVIN WONG | YES _____ | NO _____ |
| VICTOR FIGUEROA | YES _____ | NO _____ |

*As to Plaintiff DAN STORMER:*

| | | |
|---|---|---|
| JOSE DIAZ | YES _____ | NO _____ |
| MIGUEL DIAZ | YES _____ | NO _____ |
| KEVIN WONG | YES _____ | NO _____ |
| VICTOR FIGUEROA | YES _____ | NO _____ |

*If you answered "No", please proceed to Question No. 10.*

*If you answered "Yes", please proceed to Question No. 8.*

**QUESTION NO. 8**: Was the Defendant Officers' interference or attempted interference by threats, intimidation, or coercion was done for the purpose of depriving plaintiffs of their rights to be free from a violation of their constitutional rights, or with reckless disregard for any of the following Plaintiffs' constitutional rights?

*As to Plaintiff JESUS VILLEGAS:*

| | | |
|---|---|---|
| JOSE DIAZ | YES _____ | NO _____ |
| MIGUEL DIAZ | YES _____ | NO _____ |
| KEVIN WONG | YES _____ | NO _____ |
| VICTOR FIGUEROA | YES _____ | NO _____ |

*As to Plaintiff LUCIO VILLEGAS:*

| | | |
|---|---|---|
| JOSE DIAZ | YES _____ | NO _____ |
| MIGUEL DIAZ | YES _____ | NO _____ |
| KEVIN WONG | YES _____ | NO _____ |
| VICTOR FIGUEROA | YES _____ | NO _____ |

*As to Plaintiff KARLA JINEZ:*

| | | |
|---|---|---|
| JOSE DIAZ | YES _____ | NO _____ |
| MIGUEL DIAZ | YES _____ | NO _____ |
| KEVIN WONG | YES _____ | NO _____ |
| VICTOR FIGUEROA | YES _____ | NO _____ |

*As to Plaintiff JAN BREIDENBACH:*

| | | |
|---|---|---|
| JOSE DIAZ | YES _____ | NO _____ |
| MIGUEL DIAZ | YES _____ | NO _____ |
| KEVIN WONG | YES _____ | NO _____ |

| VICTOR FIGUEROA | YES _____ | NO _____ |

*As to Plaintiff DAN STORMER:*

| JOSE DIAZ | YES _____ | NO _____ |
| MIGUEL DIAZ | YES _____ | NO _____ |
| KEVIN WONG | YES _____ | NO _____ |
| VICTOR FIGUEROA | YES _____ | NO _____ |

*If you answered "No", please proceed to Question No. 10.*

*If you answered "Yes", please proceed to Question No. 9.*

**QUESTION NO. 9**: Did the interference or attempted interference cause any of the following Plaintiffs to suffer a deprivation of a constitutional right?

*As to Plaintiff JESUS VILLEGAS:*

| JOSE DIAZ | YES _____ | NO _____ |
| MIGUEL DIAZ | YES _____ | NO _____ |
| KEVIN WONG | YES _____ | NO _____ |
| VICTOR FIGUEROA | YES _____ | NO _____ |

*As to Plaintiff LUCIO VILLEGAS:*

| JOSE DIAZ | YES _____ | NO _____ |
| MIGUEL DIAZ | YES _____ | NO _____ |
| KEVIN WONG | YES _____ | NO _____ |
| VICTOR FIGUEROA | YES _____ | NO _____ |

*As to Plaintiff KARLA JINEZ:*

| JOSE DIAZ | YES _____ | NO _____ |

| | | |
|---|---|---|
| MIGUEL DIAZ | YES _____ | NO _____ |
| KEVIN WONG | YES _____ | NO _____ |
| VICTOR FIGUEROA | YES _____ | NO _____ |

*As to Plaintiff JAN BREIDENBACH:*

| | | |
|---|---|---|
| JOSE DIAZ | YES _____ | NO _____ |
| MIGUEL DIAZ | YES _____ | NO _____ |
| KEVIN WONG | YES _____ | NO _____ |
| VICTOR FIGUEROA | YES _____ | NO _____ |

*As to Plaintiff DAN STORMER:*

| | | |
|---|---|---|
| JOSE DIAZ | YES _____ | NO _____ |
| MIGUEL DIAZ | YES _____ | NO _____ |
| KEVIN WONG | YES _____ | NO _____ |
| VICTOR FIGUEROA | YES _____ | NO _____ |

*Please proceed to Question No. 10.*

## DAMAGES

*If you gave any "Yes" answers to Question Nos. 1-2, 4, 6 and/or 9, please answer the following questions. Otherwise, please date and sign where indicated below.*

**QUESTION NO. 10**: What is the total amount of damages suffered by each of the following Plaintiffs for violation of his/her constitutional rights? (Do NOT reduce the damages based on the fault if any of any person or entity.)

    JESUS VILLEGAS    $_____
    LUCIO VILLEGAS    $_____
    KARLA JINEZ    $_____
    JAN BREIDENBACH*  $_____

10

    DAN STORMER*  $_____

(*  *If you gave any "Yes" answers to Question Nos. 1-2, 4, 6 and/or 9 for Plaintiffs Jan Breidenbach or Dan Stormer, you must award that Plaintiff $1.00.*)

*Please proceed to the next question.*

**QUESTION NO. 11**:  As to each Defendant for whom you answered "Yes" to any part of questions 1 or 2, did that Defendants act with malice, oppression, or in reckless disregard of any of the Plaintiff's rights?

   JOSE DIAZ    YES _____  NO _____
   KEVIN WONG   YES _____  NO _____
   VICTOR FIGUEROA  YES _____  NO _____
   MIGUEL DIAZ   YES _____  NO _____

*If you answered "YES" to any of the defendants in Question No. 11, please proceed to Question No. 12 as to each such defendant.*

*If you answered "NO" to all defendants in Question No. 11, stop here.  Date and sign this form.*

**QUESTION NO. 12**:  What amount of punitive damages, if any, do you assess against each of the following Defendants?

   JOSE DIAZ    $ _____
   KEVIN WONG   $ _____
   VICTOR FIGUEROA  $ _____
   MIGUEL DIAZ   $ _____

*After you have responded to all the questions you have been asked to answer, please sign and date this form, and please inform the bailiff that you have reached a verdict.*

Dated:  July 22, 2021          Signed:      /s/ - Juror #4
                                                    Jury Foreperson

By reason of dismissals, the rulings of the Court, and the special verdict, Defendants CITY OF LOS ANGELES, et al., are entitled to judgment against Plaintiffs JESUS VILLEGAS, LUCIO VILLEGAS, KARLA JINEZ, JAN BREIDENBACH and DAN STORMER.

Now, therefore, it is ORDERED, ADJUDGED AND DECREED that Plaintiffs  JESUS VILLEGAS, LUCIO VILLEGAS, KARLA JINEZ, JAN BREIDENBACH and DAN STORMER, have and recover nothing by reason of each and all their claims as set forth in the Complaint against Defendants CITY OF LOS ANGELES, et al. and that Defendants shall recover their costs in accordance with Local Rule 54.

 ***JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANTS ON ALL CLAIMS.***

***IT IS SO ORDERED.***

DATED: August 10, 2021          _____
                                **HONORABLE STANLEY BLUMENFELD, JR.
                                UNITED STATES DISTRICT JUDGE**